In view of our determination, we find it unnecessary to comment on other alleged errors. The judgment of the Circuit Court is reversed and the cause is remanded for a new trial.

Reversed and remanded.

ALLOY and STOUDER, JJ., concur.

▆▆▆▆▆▆▆

**People of the State of Illinois, Plaintiff-Appellee, v. Leonard Puleo, Defendant-Appellant.**

**Gen. No. 50,158. (Abstract of Decision.)**

First District, Third Division.

May 26, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty and Frederick F. Cohn, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James Edward Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.